STATE of Missouri, Respondent,

v.

**William Francis BENTZEN, Defendant.**

**No. WD 34023.**

Missouri Court of Appeals, Western District.

Feb. 1, 1983.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 29, 1983.

Application to Transfer Denied April 26, 1983.

William M. Barvick, Jefferson City, for defendant.

John Ashcroft, Atty. Gen., John Jacobs, Asst. Atty. Gen., Jefferson City, for respondent.

Before PRITCHARD, P.J., and MANFORD and NUGENT, JJ.

ORDER

PER CURIAM:

Appeal from judgment of conviction for stealing a motor vehicle in violation of § 570.030, RSMo 1978. No jurisprudential purpose will be served by written opinion.

Judgment affirmed. Rule 30.25(b).

All concur.